AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

U.S. MARSHAL-DC ~4:49
RECEIVED AUG 1 '24

| United States of America | |
|---|---|
| v. | ) |
| | ) |
| JAVON ROACH | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

Case: 1:24-cr-00349
Assigned to: Judge Contreras, Rudolph
Assign Date: 8/1/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAVON ROACH

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2119(1) - Carjacking; 18 U.S.C. § 924(c)(1)(A)(ii) - Using, Carrying, Possessing, and Brandishing a Firearm in Furtherance of a Crime of Violence; 18 U.S.C. § 2 - Aiding and Abetting;  FORFEITURE: 18 U.S.C. § 982(a)(5); 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p)

Date:   08/01/2024

_____
*Issuing officer's signature*

City and state:   WASHINGTON, DC

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/2/2024 , and the person was arrested on *(date)* 8/5/2024 at *(city and state)* Cottonwood Correctional Centr, VA. |
| Date: 8/5/2024    _____ *Arresting officer's signature*   Ben Fuip, Special Agent *Printed name and title* |